NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALESANDRO OLIVO-LIRIANO,                )
                                        )
        Appellant,                      )
                                        )
v.                                      )        Case No. 2D18-1401
                                        )
STATE OF FLORIDA,                       )
                                        )
        Appellee.                       )
                                        )
_____ )

Opinion filed June 19, 2019.

Appeal from the Circuit Court for
Hillsborough County; Christopher Nash,
Judge.

Frances E. Martinez of Older Lundy &
Alvarez, Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Senior Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

        Affirmed.

BLACK, SALARIO, and BADALAMENTI, JJ., Concur.